# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

KEITH BRIAN CRUITT,

        Plaintiff,

    v.

BARACK HUSSEIN OBAMA, *et al.*,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:

Case: 1:16-cv-00792
Assigned To : Unassigned
Assign. Date : 4/27/2016
Description: Pro Se Gen. Civ.

## MEMORANDUM OPINION

This matter comes before the court on review of plaintiff's application to proceed *in forma pauperis* and *pro se* civil complaint. The Court will grant the application, and dismiss the complaint.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claims being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).



The Court has reviewed the complaint and finds that it fails to meet the standard set forth in Rule 8(a). For example, plaintiff names approximately 332 defendants, some of whom are the past or present leaders of foreign nations, yet none of the factual allegations of the complaint pertain to these defendants. In addition, because of the length and rambling nature of the complaint, the Court is unable to discern what claims plaintiff intends to bring against which defendant or defendants. Absent a statement of cognizable claims showing plaintiff's entitlement to relief, the complaint will be dismissed. An Order consistent with this Memorandum Opinion is issued separately.

DATE: 4/22/2016

_____
United States District Judge